The Honorable S. Kate Vaughan

_____ FILED   _____ ENTERED
_____ LODGED   _____ RECEIVED

**MAY 03 2023**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY
                                    DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR23-066-JHC |
| Plaintiff, | |
| v. | MOTION FOR DETENTION |
| WINSTON BURT, | |
| Defendant. | |

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. §§ 3142(e) and (f).

1.     **Eligibility of Case.** This case is eligible for a detention order because this case involves (check all that apply):

☒     Crime of violence (18 U.S.C. § 3156).

☒     A violation of Section 1591.

☐     Crime of Terrorism (18 U.S.C. § 2332b (g)(5)(B)) with a maximum sentence of ten years or more.

☒     Crime with a maximum sentence of life imprisonment or death.

☐     Drug offense with a maximum sentence of ten years or more.

MOTION FOR DETENTION - 1
*United States v. Burt*/CR23-066-JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  ☐ Felony offense and defendant has two prior convictions in the four
2  categories above, or two State convictions that would otherwise fall within these four
3  categories if federal jurisdiction had existed.

4  ☐ Felony offense involving a minor victim other than a crime of violence.

5  ☐ Felony offense, other than a crime of violence, involving possession or use
6  of a firearm, destructive device (as those terms are defined in 18 U.S.C. § 921), or any
7  other dangerous weapon.

8  ☐ Felony offense other than a crime of violence that involves a failure to
9  register as a Sex Offender (18 U.S.C. § 2250).

10  ☒ Serious risk the defendant will flee.

11  ☒ Serious risk of obstruction of justice, including intimidation of a
12  prospective witness or juror.

13  2.  **Reason for Detention.** The Court should detain defendant because there
14  are no conditions of release which will reasonably assure (check one or both):

15  ☒ Defendant's appearance as required.

16  ☒ Safety of any other person and the community.

17  3.  **Rebuttable Presumption.** The United States will invoke the rebuttable
18  presumption against defendant under § 3142(e). The presumption applies because:

19  ☐ Probable cause to believe defendant committed offense within five years of
20  release following conviction for a qualifying offense committed while on pretrial release.

21  ☐ Probable cause to believe defendant committed drug offense with a
22  maximum sentence of ten years or more.

23  ☐ Probable cause to believe defendant committed a violation of one of the
24  following offenses: 18 U.S.C. §§ 924(c), 956 (conspiracy to murder or kidnap), 2332b
25  (act of terrorism), 2332b(g)(5)(B) (crime of terrorism).

26
27

MOTION FOR DETENTION - 2
*United States v. Burt*/CR23-066-JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    ☒        Probable cause to believe the defendant committed an offense under

2    chapter 77 of Title 18 for which a maximum term of imprisonment of 20 years or more is

3    prescribed.

4    ☐        Probable cause to believe defendant committed an offense involving a

5    victim under the age of 18 under 18 U.S.C. §§ 1591, 2241, 2242, 2244(a)(1), 2245, 2251,

6    2251A, 2252(a)(1) through 2252(a)(3), 2252A(a)(1) through 2252A(a)(4), 2260, 2421,

7    2422, 2423 or 2425.

8        4.        **Time for Detention Hearing.**  The United States requests the Court

9    conduct the detention hearing:

10        ☒        At the initial appearance

11        ☐        After a continuance of 3 days (not more than 3)

12

13    DATED this 3rd day of May, 2023.

14                                                    Respectfully submitted,

15                                                    NICHOLAS W. BROWN
16                                                    United States Attorney

17

18                                                     /s/ *Catherine L. Crisham*
                                                      CATHERINE L. CRISHAM
19                                                    Assistant United States Attorney

20

21

22

23

24

25

26

27

MOTION FOR DETENTION - 3
*United States v. Burt*/CR23-066-JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970